ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                        :     INDICTMENT

JOSE MENDOZA,                     :     08 Cr. 200
a/k/a/ "CHINO,"
                                 :

       Defendant.

- - - - - - - - - - - - - - - - x

## COUNT ONE

       The Grand Jury charges:

       1.  On or about December 6, 2007, in the Southern District of New York, JOSE MENDOZA, a/k/a "CHINO," the defendant, unlawfully, wilfully, and knowingly transferred an identification document, authentication feature, and a false identification document, knowing that such document and feature was stolen and produced without lawful authority, to wit, MENDOZA transferred four fraudulent identification documents that appeared to be social security cards issued by or under the authority of the United States.

       (Title 18, United States Code, Section 1028(a)(2).)

## COUNT TWO

       The Grand Jury further charges:

       2.  On or about January 29, 2008, in the Southern District of New York, JOSE MENDOZA, a/k/a "CHINO," the defendant, unlawfully, wilfully, and knowingly transferred an identification

document, authentication feature, and a false identification document, knowing that such document and feature was stolen and produced without lawful authority, to wit, MENDOZA transferred two fraudulent identification documents that appeared to be a social security card and a permanent resident card issued by or under the authority of the United States.

Title 18, United States Code, Section 1028(a)(2).)

_____                    _____
FOREPERSON                                          MICHAEL J. GARCIA
                                                    United States Attorney