

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 1, 2008

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601

## MEMO ENDORSED

Re:    United States v. Jose Mendoza, 08 Cr. 200

Dear Judge Robinson:

The Government respectfully submits this letter to request, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from March 28, 2008 until April 11, 2008. The pre-trial conference originally scheduled for March 28, 2008 was adjourned until April 11, 2008 due to the illness of defense counsel.

Thank you for your consideration of this matter.

*[Handwritten endorsement:] Time from April 1, 2008 to April 11, 2008 is excluded from the Speedy Trial Act Calculation for the reasons set forth above and in the interests of justice*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: *Sarah Krissoff*
Sarah R. Krissoff
Assistant United States Attorney
(914) 993-1928 (phone)
(914) 993-9036 (fax)

*[Handwritten:] SO ORDERED:*
*Stephen C. Robinson*
*USDJ 4/1/08*

cc:    Denis McAlister, Esq. (By Fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```