AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __New York__

**APPEARANCE**

Case Number:  7:08-CR-200(SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   JOSE MENDOZA

I certify that I am admitted to practice in this court.

April 9, 2008
Date

Signature: *Morris Mirsky*

Print Name: MORRIS MIRSKY            Bar Number:

Address: 130-30 31st Ave. Rm 700

City: Flushing   State: NY   Zip Code: 11354

Phone Number: 718-445-7522   Fax Number: 718-445-7527