UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                      ORDER ACCEPTING PLEA ALLOCUTION

                               08 Cr. 200 (SCR)

v.

Jose Mendoza,

---

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated April 9, 2008, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: _May 1, 2008_

                                           SO ORDERED:

                                           STEPHEN C. ROBINSON
                                           UNITED STATES DISTRICT JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```