UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

                                                    CASE#   08 CR 200( SCR )

            Vs

                                                    **ORDER OF TIME SERVED**

Jose Mendoza
a/k/a Chino

-----------------------------------------------------------

It is hereby ordered that ___Jose Mendoza___, the defendant, is hereby sentenced to **time served**.

So Ordered: _____  ___8/5/08___
                            U.S. District Judge            Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____